No. 76–1461.  WARE *v.* UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 76–1465.  PACHECO *v.* UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 76–5613.  JOHNSON *v.* UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 76–6089.  ROGERS *v.* UNITED STATES.  C. A. 8th Cir.
Certiorari denied.

No. 76–6120.  WALLACE *v.* WYRICK, WARDEN.  C. A. 8th
Cir.  Certiorari denied.

No. 76–6122.  DEEM *v.* UNITED STATES; and
No. 76–6324.  DEEM *v.* UNITED STATES.  C. A. 6th Cir.
Certiorari denied.

No. 76–6126.  BLANTON *v.* UNITED STATES.  C. A. 6th Cir.
Certiorari denied.

No. 76–6138.  BLACKWELL *v.* MARYLAND.  Ct. App. Md.
Certiorari denied.

No. 76–6144.  CLARK *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari
denied.

No. 76–6150.  MONTECALVO *v.* UNITED STATES.  C. A. 9th
Cir.  Certiorari denied.

No. 76–6183.  TENNANT *v.* ILLINOIS.  Sup. Ct. Ill.  Cer-
tiorari denied.

No. 76–6184.  GELFAND *v.* UNITED STATES.  C. A. 10th Cir.
Certiorari denied.

No. 76–6188.  CLAYTON *v.* ESTELLE, CORRECTIONS DIRECTOR.
C. A. 5th Cir.  Certiorari denied.